IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HEALTH FIRST, INC., et al.,<br><br>    Plaintiffs,<br><br>                         v.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION, et al.,<br><br>    Defendants. | Case No.: 6:15-cv-00718-CEM-DAB |

**SUPPLEMENTAL AUTHORITY IN SUPPORT OF DISPOSITIVE MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS CAPITOL SPECIALTY INSURANCE CORPORATION, DARWIN NATIONAL ASSURANCE COMPANY AND DARWIN SELECT INSURANCE**

Defendants Capitol Specialty Insurance Corporation ("Capitol"), Darwin National Assurance Company (now known as Allied World Specialty Assurance Company) ("Darwin National"), and Darwin Select Insurance Company (now known as Allied World Surplus Lines Insurance Company) ("Darwin Select") (collectively, "Allied World") submit the following supplemental authority in support of their motion for summary judgment and reply in support thereof (Doc. 45 & 53).

On June 6, 2016, Judge Sherri Polster Chappel of this Court issued an Amended Order granting summary judgment in the case styled <u>RSUI Indemnity Co. v. Attorney's Title Insurance Fund, Inc.</u>, Case 2:13-cv-00670-SPC-CM (M.D. Fla. filed June 6, 2016).  At pages 7 through 11 of the opinion, the Court addresses the argument (similar to the one advanced by Plaintiffs here in response to Allied World's motion) that the Prior and Pending Litigation Exclusion is in conflict with, and therefore supersedes, the Related Claims provisions.  At page 9, the Court rejects that argument, for reasons similar to those advanced by Allied World in its summary

judgment reply brief (see D.I. 53 at p. 10 of 13).

  As this recent opinion addresses an argument currently before the Court on a pending motion, Allied World wishes to bring this opinion to the Court's attention. A copy of the opinion is attached hereto as Exhibit A.

Dated: July 26, 2016      Respectfully submitted,

              TROUTMAN SANDERS LLP

              By: /s/ Jonathan A. Constine
                Jonathan A. Constine (*pro hac vice*)
                401 9th Street NW, Suite 1000
                Washington, DC 20004
                Tel: 202.274.2891
                Fax: 202.274.2994
                jonathan.constine@troutmansanders.com

              Ronald L. Kammer (Fla. Bar. No. 360589)
              HINSHAW & CULBERTSON LLP
              2525 Ponce de Leon Boulevard, 4th Floor
              Coral Gables, FL 33134
              Tel: 305.358.7747
              Fax: 305.577.1063
              rkammer@hinshawlaw.com

              *Counsel for Defendants Capitol Specialty Insurance Corporation, Darwin National Assurance Company, and Darwin Select Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2016, I electronically filed the foregoing Supplemental Authority in Support of Dispositive Motion for Summary Judgment of Defendants Capitol Specialty Insurance Corporation, Darwin National Assurance Company and Darwin Select Insurance Company with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Chris Nick Kolos
Lauren Lynn Millcarek
Holland & Knight, LLP - Orlando
200 S Orange Ave - Ste 2600
PO Box 1526
Orlando, FL 32802-1526

Donald W. Brown
Covington & Burling, LLP
One Front St 35th Flr
San Francisco, CA 94111

Carol A. Licko
Hogan Lovells US LLP
Ste 2700
600 Brickell Ave
Miami, FL 33131

David J. Hensler
Lisa K. Swartzfager
Hogan Lovells US LLP
555 13th St., N.W.
Washington, DC 20004

/s/ Jonathan A. Constine
Jonathan A. Constine