IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HEALTH FIRST, INC., et al.,<br><br>    Plaintiffs,<br><br>              v.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION, et al.,<br><br>    Defendants. | Case No.: 6:15-cv-00718-CEM-DAB |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DISPOSITIVE MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS EXECUTIVE RISK INDEMNITY INC. AND EXECUTIVE RISK SPECIALTY INSURANCE CO.**

Defendants Executive Risk Indemnity Inc. ("ERII") and Executive Risk Specialty Insurance Co. ("ERSIC") (together, "Executive Risk") submit this notice of supplemental authority in support of their motion for summary judgment and reply in support thereof (Doc. 41 & 51). The briefing on the motion was completed on May 3, 2016, and the supplemental authority was issued approximately one month later. The supplemental authority is the Amended Order issued by Judge Sherri Polster Chappel on June 6, 2016 that has already been submitted to the Court. See Doc. 69, Ex. A. The purpose of this notice is to advise the Court as to the relevance of this authority to Executive Risk's pending motion for summary judgment.

At pages 7 through 11 of that order, Judge Chappel addresses arguments regarding purported conflicts between a pending and prior litigation exclusion and a related claims provision that are similar to certain arguments advanced by Plaintiffs in their opposition to Executive Risk's motion for summary judgment. See Doc. 49, pp. 8-11. At page 9 of the order, Judge Chappel rejects those arguments, concluding, among other things, that "adding a strict

temporal limitation to an exclusion's applicability does not, and cannot, create coverage," and that "there is no conflict between the Related Claims Condition and the Prior and Pending Litigation Exclusion," just as Executive Risk pointed out with respect to the Policies at issue here. See Doc. 51 at pp. 1-2 & n.1.


Dated: July 27, 2016               Respectfully submitted,

                                   HOGAN LOVELLS US LLP
                                   600 Brickell Ave
                                   Suite 2700
                                   Miami, FL  33131
                                   Tel: (305) 459-6500
                                   Fax: (305) 459-6550


                                   By:  /s/ Carol Licko
                                        Carol A. Licko
                                        Fla. Bar No. 435872
                                        Email: carol.licko@hoganlovells.com

                                        David J. Hensler (*admitted pro hac vice*)
                                        Email: david.hensler@hoganlovells.com
                                        Lisa K. Swartzfager (*admitted pro hac vice*)
                                        Email: lisa.swartzfager@hoganlovells.com
                                        HOGAN LOVELLS US LLP
                                        555 Thirteenth St., NW
                                        Washington, DC   20004
                                        Tel: (202) 637-5600
                                        Fax: (202) 637-5910


                                   *Counsel for Defendants Executive Risk Indemnity Inc.*
                                   *and Executive Risk Specialty Insurance Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2016, I electronically filed the foregoing Supplemental Authority in Support of Dispositive Motion for Summary Judgment of Defendants Executive Risk Indemnity Inc. and Executive Risk Specialty Insurance Co. with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Chris Nick Kolos
Lauren Lynn Millcarek
Holland & Knight, LLP - Orlando
200 S Orange Ave - Ste 2600
PO Box 1526
Orlando, FL 32802-1526

Donald W. Brown
Covington & Burling, LLP
One Front St 35th Flr
San Francisco, CA 94111

Jonathan Constine
Troutman Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004

Ronald L. Kammer
Hinshaw & Culbertson LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL 33134

/s/Carol Licko
Carol A. Licko