IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HEALTH FIRST, INC., et al.,<br><br>　　Plaintiffs,<br><br>　　　　　　v.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION, et al.,<br><br>　　Defendants. | Case No.: 6:15-cv-00718-CEM-DAB |

**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN
SUPPORT OF DISPOSITIVE MOTION FOR SUMMARY JUDGMENT
OF DEFENDANTS EXECUTIVE RISK INDEMNITY INC.
<u>AND EXECUTIVE RISK SPECIALTY INSURANCE CO.</u>**

Defendants Executive Risk Indemnity Inc. ("ERII") and Executive Risk Specialty Insurance Co. ("ERSIC") (together, "Executive Risk") submit this notice of supplemental authority in support of their motion for summary judgment and reply in support thereof (Doc. 41 & 51). The briefing on the motion was completed on May 3, 2016. The Supplemental Authority is an opinion from the Eleventh Circuit issued on September 29, 2016, affirming the grant of summary judgment in favor of insurance carriers in the case styled *Direct General Ins. Co. v. Indian Harbor Ins. Co.*, No. 15-14887, 2016 U.S. App. LEXIS 17665 (11th Cir. Sept. 29, 2016). A copy of the *Direct General* opinion has already been submitted to the Court, *see* Doc. 96, Ex. A, and was also cited in Executive Risk's recently filed alternative motion for partial summary judgment. The purpose of this notice is to advise the Court as to the relevance of this authority to Executive Risk's pending motion for summary judgment (Doc. 41).

At pages *13-*14 of the *Direct General* Opinion, the Eleventh Circuit addresses an argument that a Prior and Pending Litigation Exclusion is in conflict with Related Claims

provisions in the policies at issue.  The same issue was raised by Plaintiffs in opposition to Executive Risk's summary judgment motion and addressed by Executive Risk in its reply in support of summary judgment.  *See* Doc. 51 at pp 1-2.

Dated: November 4, 2016			Respectfully submitted,

						HOGAN LOVELLS US LLP
						600 Brickell Ave
						Suite 2700
						Miami, FL  33131
						Tel: (305) 459-6500
						Fax: (305) 459-6550


						By:  /s/ Carol Licko
						       Carol A. Licko
						       Fla. Bar No. 435872
						       Email: carol.licko@hoganlovells.com

						       David J. Hensler (*admitted pro hac vice*)
						       Email: david.hensler@hoganlovells.com
						       Lisa K. Swartzfager (*admitted pro hac vice*)
						       Email: lisa.swartzfager@hoganlovells.com
						       Ellen S. Kennedy (*admitted pro hac vice*)
						       Ellen.kennedy@hoganlovells.com
						       HOGAN LOVELLS US LLP
						       555 Thirteenth St., NW
						       Washington, DC   20004
						       Tel: (202) 637-5600
						       Fax: (202) 637-5910


						*Counsel for Defendants Executive Risk Indemnity Inc.*
						*and Executive Risk Specialty Insurance Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2016, I electronically filed the foregoing Supplemental Authority in Support of Dispositive Motion for Summary Judgment of Defendants Executive Risk Indemnity Inc. and Executive Risk Specialty Insurance Co. with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Chris Nick Kolos
> Lauren Lynn Millcarek
> Holland & Knight, LLP - Orlando
> 200 S Orange Ave - Ste 2600
> PO Box 1526
> Orlando, FL 32802-1526
>
> Donald W. Brown
> Covington & Burling, LLP
> One Front St 35th Flr
> San Francisco, CA 94111
>
> Jonathan Constine
> Troutman Sanders LLP
> 401 9th Street NW, Suite 1000
> Washington, DC 20004
>
> Ronald L. Kammer
> Hinshaw & Culbertson LLP
> 2525 Ponce de Leon Boulevard, 4th Floor
> Coral Gables, FL 33134

/s/Carol Licko
Carol A. Licko